RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 3 2010

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

Case 1:08-cv-01273-TWT   Document 28   Filed 08/24/10   Page 1 of 2

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

AUG 24 2010

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SHIRLEY T. SMALL  Plaintiff,  vs.  THE MEDICAL CENTER, INC. a/k/a COLUMBUS REGIONAL HEALTHCARE SYSTEM, INC. d/b/a JOHN B. AMOS CANCER CENTER, RADIATION ONCOLOGY OF COLUMBUS, P.C., DOUGLAS F. CIUBA, M.D. and THOMAS F. CABELKA II, M.D. | CIVIL ACTION NO.  1:08-CV-1273-TWT  **FILED EX PARTE AND UNDER SEAL** |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. the complaint is hereby unsealed and relator shall serve defendants with the complaint;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve

upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED,**

This _24_ day of August, 2010.

_____
THOMAS W. THRASH, Jr.
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MINA RHEE
Assistant U.S. Attorney