IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE

AUG 25 2010

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SHIRLEY T. SMALL<br><br>Plaintiff,<br><br>vs.<br><br>THE MEDICAL CENTER, INC.<br>a/k/a COLUMBUS REGIONAL<br>HEALTHCARE SYSTEM, INC.<br>d/b/a JOHN B. AMOS CANCER<br>CENTER, RADIATION ONCOLOGY OF<br>COLUMBUS, P.C.,<br>DOUGLAS F. CIUBA, M.D. and<br>THOMAS F. CABELKA II, M.D. | CIVIL ACTION NO.<br><br>1:08-CV-1273-TWT<br><br>**FILED EX PARTE AND<br>UNDER SEAL** |

AMENDED CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be sent a true and correct copy of the Government's Notice of Election to Decline Intervention, and Proposed Order, by first-class, United States mail, to the following:

> James (Jay) Sadd, Esq.
> Slappey & Sadd, LLC
> 6100 Lake Forrest Dr.
> Suite 570
> Atlanta, Ga. 30328
>
> Kurt S. Schulzke, Esq.
> 1025 Rose Creek Dr.
> Suite 620-171
> Woodstock, GA 30189

(Continued on next page)

This 25th day of August, 2010.

/s/ Mina Rhee
MINA RHEE
Assistant United States Attorney
Georgia Bar No. 602047
Mina.Rhee@usdoj.gov
Northern District of Georgia
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
Tel:  (404) 581-6302
Fax:  (404) 581-6163

**THESE DOCUMENTS HAVE NOT BEEN SERVED UPON THE DEFENDANTS BECAUSE THIS CASE REMAINS UNDER SEAL.**